## 51137. TROTTER v. ASHBAUGH.

CLARK, Judge.

The Supreme Court on certiorari (*Ashbaugh v. Trotter,* 237 Ga. 46 (226 SE2d 736)) having reversed the judgment of this court reported as *Trotter v. Ashbaugh,* 137 Ga. App. 378 (224 SE2d 42), our previous judgment is vacated and set aside. In accordance with the opinion of the Supreme Court the judgment of the lower court is affirmed.

*Judgment affirmed. Quillian and Smith, JJ., concur.*

DECIDED SEPTEMBER 29, 1976.

*Coggin, Hadden, Stuckey & Thompson, Fletcher Thompson,* for appellant.

*Savell, Williams, Cox & Angel, Edward L. Savell, Ben L. Weinberg, Jr.,* for appellee.